CASE # 18-16541

- NATIONAL RECOVERY AGENCY
  2491 PAXTON ST
  HARRISBURG, PA PA 17111

- NCB MANAGEMENT SERVICES, INC
  1 ALLIED DR # DT
  TREVOSE, PA 19053

FILED
2019 MAR 15  AM 10: 26
U.S. BANKRUPTCY COURT