# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Amor Alloui<br>　　　　　Debtor<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　　　Movant<br>　　vs.<br><br>Amor Alloui　　　　　　　　Debtor<br><br>Thelidja Alloui　　　　　　Co-Debtor<br><br>Scott Waterman　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 18-16541 REF<br><br><br>11 U.S.C. Sections 362 and 1301 |

## **ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay and Co-Debtor Stay is granted, and both the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the Co-Debtor stay under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at at 44 Arlington Street, Reading, PA 19611 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: April 12, 2019**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.