United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-16541-ref
Amor Alloui                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: dlv              Page 1 of 1              Date Rcvd: Apr 12, 2019
                            Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2019.
db          +Amor Alloui,    44 Arlington St.,    Reading, PA 19611-1644

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 13 2019 03:14:02
              Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2019 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT   WATERMAN RRamos-Cardona@fredreiglech13.com
              SCOTT   WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                               TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Amor Alloui | | CHAPTER 13 |
| Debtor | | |
| PENNSYLVANIA HOUSING FINANCE AGENCY | | |
| Movant | | |
| vs. | | NO. 18-16541 REF |
| Amor Alloui | Debtor | |
| Thelidja Alloui | Co-Debtor | |
| Scott Waterman | Trustee | 11 U.S.C. Sections 362 and 1301 |

**ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay and Co-Debtor Stay is granted, and both the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the Co-Debtor stay under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at at 44 Arlington Street, Reading, PA 19611 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: April 12, 2019**

_____
United States Bankruptcy Judge.