UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA per L.B.F. 9014-3

FILED
2019 APR 25 PM 2:40
U.S. BANKRUPTCY COURT

In re: Amor Alloui - Debtor, Movant

Bankruptcy No. 18-16541REF

RE: ORDER GRANTING MOTION FOR
RELIEF FROM AUTOMATIC STAY

Chapter 13

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Amor Alloui, debtor, in the above case captioned has filed a Motion with the court to Vacate Or Set Aside The Order Of April 12, 2019 Granting Relief From The Automatic Stay.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (if you do not have an attorney, you may wish
to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion, then on or before May 16, 2019 you or your attorney must do all of the following: 9:30 am

    (a) file an answer explaining your position at:
    United States Bankruptcy Court
    The Madison Building
    400 Washington Street, Suite 300
    Reading, PA 19601

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received 7 days before the date stated above; and

    (b) mail a copy to:
    Amor Alloui
    44 Arlington Street
    Reading, PA 19611
    Telephone Number: 610-463-7984

2. I f you or your attorney do not take the steps described in paragraphs 1 (a) and (b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable

1

Richard E. Fehling, the United States Bankruptcy Judge, in Courtroom No. I at the United States Bankruptcy Court, The Madison Building, 400 Washington Street, Suite 300, Reading, PA 19601 on May 16, 2019, at 9:30 a.m., or as soon thereafter as counsel can be heard, to consider the motion.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the Movant named in paragraph I(b).

5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no on filed an answer.

Date: April 25, 2019

/s/ Amor Alloui
Amor Alloui
44 Arlington Street
Reading, PA 19611
Ph: 610-463-7984