**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Amor Alloui<br><br>                                       Debtor<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY<br>                                       Movant<br>         vs.<br><br>Amor Alloui<br>                                       Debtor<br><br>Thelidja Alloui<br>                                       Co-Debtor<br><br>Scott Waterman<br>                                       Trustee | CHAPTER 13<br>BK NO: 18-16541 REF |

**AMENDED CERTIFICATE OF SERVICE**

     I, the undersigned, certify that I served or caused to be served, on April 10, 2019, a copy of the above Certificate of No Objection filed herewith upon each of the following persons and parties in interest at the addresses shown below:

Scott Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
*Via Regular Mail*

Amor Alloui PRO SE
44 Arlington Street
Reading, PA 19611
*Via Certified Mail*

Thelidja Alloui 44
Arlington Street
Reading, PA 19611
*Via Certified Mail*

Date:  May 8, 2019

                                              **/s/ Rebecca A. Solarz, Esquire**
                                              Rebecca A. Solarz, Esquire
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA  19106
                                              215-627-1322
                                              Attorney for Movant