United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-16541-amc
Amor Alloui                                                           Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Clarice              Page 1 of 2               Date Rcvd: May 31, 2019
                              Form ID: pdf900            Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2019.
db             +Amor Alloui,    44 Arlington St.,    Reading, PA 19611-1644
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14287821       +Chase Bank,    270 Park Avenue,    New York NY 10017-2070
14287820       +NCB Management Services, Inc.,    1 Allied Drive,    Trevose, PA 19053-6945
14226451       +NCB Management Services, Inc.,    One Allied Drive,    Trevose, PA 19053-6945
14244797       +PENNSYLVANIA HOUSING FINANCE AGENCY,    c/o Rebecca A. Solarz,    701 Market Street,
                 Philadelphia, PA. 19106-1538
14287819       +West Reading Radiology,    301 S. 7th Ave.,    Reading, PA 19611-1442

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 01 2019 04:26:03
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 01 2019 04:26:36     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 01 2019 04:35:20
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14210560       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 01 2019 04:34:56
                 Capital One Auto Finance,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14209307       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 01 2019 04:34:35
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14237733       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 01 2019 04:34:35
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 4515 Santa Fe Ave., Dept. APS,    Oklahoma City, OK 73118-7901
14287822       +E-mail/Text: Bankruptcies@nragroup.com Jun 01 2019 04:27:31     National Recovery Angency,
                 2491 Paxton St.,    Harrisburg, PA 17111-1036
14206738        E-mail/Text: blegal@phfa.org Jun 01 2019 04:26:21     PHFA,    PO Box 15057,
                 Harrisburg, PA  17105-5057
14248855       +E-mail/Text: blegal@phfa.org Jun 01 2019 04:26:21     Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
                                                                                                TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2019 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

```
District/off: 0313-4          User: Clarice              Page 2 of 2              Date Rcvd: May 31, 2019
                              Form ID: pdf900            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**NOTICE**

**NOTICE** is hereby given that:

1. On May 22, 2019, a Miscellaneous Order was entered by the presiding judge, the Honorable Richard E. Fehling, directing the Clerk of Court to reassign this matter to another bankruptcy judge due to his approaching retirement;

2. In accordance with this court's random assignment procedure, this matter has been reassigned to the Honorable Judge Ashely M. Chan

Dated: May 23, 2019

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

cc:
Judge(s)
Debtor
Trustee
US Trustee