Official Form 417A (12/18)

Amor Alloui : 
Debtor : Bankruptcy No. 18-16541REF
 v. : Chapter 13
Pennsylvania Housing Finance Agency :

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   AMOR ALLOUI

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☒ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

   *FILED 2019 JUN 13 PM 2:03 U.S. BANKRUPTCY COURT*

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Relief from Automatic Stay

2. State the date on which the judgment, order, or decree was entered: May 30, 2019

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: PHFA    Attorney: Rebecca A. Solarz
   KML Law Group, P.C.
   701 Market Street, Suite 5000
   Philadelphia, Pa 19106-1532
   Phone: (215) 627-1322

2. Party: _____    Attorney: _____

cc:
Amor Alloui - mailed 6/13/19
Capital One Auto Finance - mailed 6/13/19
Pa Housing Finance Agency - electronic
Rebecca Ann Solarz, Esq. - electronic
U.S Trustee - electronic
Scott Waterman, Esq. - electronic
Rolando Ramos-Cardona, Esq. - electronic

Judge Ashely M. Chan

Official Form 417A    Notice of Appeal and Statement of Election    page 1

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❏ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____     Date: 6-13-2019
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
    Amor Alloui
    44 Arlington Street
    Reading, Pa   19611
    Phone: (610) 463-7984


Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Amor Alloui<br>　　　　　Debtor | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　　　Movant<br>vs. | |
| Amor Alloui　　　　　Debtor | NO. 18-16541 REF |
| Thelidja Alloui　　　　Co-Debtor | |
| Scott Waterman　　　　Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay and Co-Debtor Stay is granted, and both the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the Co-Debtor stay under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at at 44 Arlington Street, Reading, PA 19611 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies ~~including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

5/30/19　　　　　　　　　　　　　　　　　　　/s/ [signature]
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

## NOTICE

**NOTICE** is hereby given that:

1. On May 22, 2019, a Miscellaneous Order was entered by the presiding judge, the Honorable Richard E. Fehling, directing the Clerk of Court to reassign this matter to another bankruptcy judge due to his approaching retirement;

2. In accordance with this court's random assignment procedure, this matter has been reassigned to the Honorable Judge Ashely M. Chan

Dated: May 23, 2019

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

cc:
Judge(s)
Debtor
Trustee
US Trustee

FILED
2019 JUN 13 PM 2:04
U.S. BANKRUPTCY COURT

011512                              25209011523028