# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE Amor Alloui

Debtor.

BAP No. _____

---

Appellant,

v.

PENNSYLVANIA HOUSING FINANCE AGENCY

Appellee.

Bankr. No. 18-16541REF
Adv. No. _____
Chapter 13

**FILED 2019 JUN 17 PM 12: 05 U.S. BANKRUPTCY COURT**

## Designation of Items to be Included in the Record on Appeal

Amor Alloui, Appellant, pursuant to Federal Rule of Bankruptcy Procedure 8009(a), hereby designates the following items to be included in the record on appeal:

*Document name, number and file date for each designated item:*

1. Notice of Appeal and Statement of Election- Filed June 13, 2019 Docket #
2. Order entered May 30, 2019 Docket #
3. Transcript for hearing May 30, 2019 ( to request fee waiver based on IFP filed April 18, 2019)
4. MOTION OF PENNSYLVANIA HOUSING FINANCE AGENCY FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTIONS 362 AND 1301-Docket #
5. Order of April 12, 2019
6. MOTION TO VACATE OR SET ASIDE THE ORDER OF APRIL 12, 2019 GRANTING RELIEF FROM THE AUTOMATIC STAY
7. Response from PENNSYLVANIA HOUSING FINANCE AGENCY
8. RESPONSE AND OPPOSITION TO MOTION OF PENNSYLVANIA HOUSING FINANCE AGENCY FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTIONS 362 AND 1301
9. 
10. 
11.

12. _____

13. _____

14. _____

15. _____

_____
*Signature*
44 Arlington Street
*Address*
Reading, PA 19611
*Address*
610-463-7984
*Phone Number*
ALRICARDO 64@Gmail.com
*ECF E-mail Address*

*File with the Bankruptcy Court*
*Note: Attach proof of service on all parties. Fed. R. Bankr. P. 8011(d)(1)(B).*