UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
THE MADISON
400 WASHINGTON STREET, SUITE 300
READING, PA 19601

Timothy B. McGrath
Clerk

Telephone
610-208-5040

June 13, 2019

Re: Amor Alloui
Bankruptcy No.: 18-15641

Dear Ms. Barkman, Clerk of Court

We herewith transmit the following document(s) filed in the above matter(s), together with a certified copy of the docket entries:

(XX) Certificate of appeal from order entered May 30, 2019 by the Honorable Richard E. Fehling.
Notice of appeal filing fee ( )paid  (xx)not paid  (waiver filed)

( ) Designation of Record on Appeal Filed

( ) Designation of Record on Appeal Not Filed

( ) Supplemental certificate of appeal.

( ) Motion for leave to appeal filed .
( ) Answer to motion filed .

( ) Proposed findings of fact and conclusions of law entered   by the Honorable .
( ) Objections filed .

( ) Report and recommendation entered   by the Honorable .

( ) Objections filed .

( ) Original record transferred to the District Court pursuant to the order of the Honorable .

( ) Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk

By: s/ Denise Lavariere
Deputy Clerk

---

Received Above material or record tile this 13th day of Jun, 20 19.

Civil Action No. 5:19-cv-2640     Signature: _____

Miscellaneous No. _____     Date: 6/13/19

Assigned to Judge Leeson

BFL5.frm(rev 2/15)