UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
THE MADISON
400 WASHINGTON STREET, SUITE 300
READING, PA 19601

Timothy B. McGrath                                                    Telephone
Clerk                                                                 610-208-5040

July 10, 2019

Re:   Amor Alloui
      Bankruptcy No.: 18-16541
      Civil Action No:  5:19-cv-2640

Dear Ms. Barkman,  Clerk of Court

        We herewith transmit the following document(s) filed in the above matter(s), together with a certified copy of the docket entries:

   ( ) Certificate of appeal
       Notice of appeal filing fee ( )paid    ( )not paid

   (XX ) Designation of Record on Appeal Filed  **Transcript of Hrg on 5/30/19 not part of court record**
                                                **See Pro Se Motion for Permission to Appeal IFP dated 6/13/19**

   ( ) Designation of Record on Appeal Not Filed

   ( ) Supplemental certificate of appeal.

   ( ) Motion for leave to appeal filed  .
       ( ) Answer to motion filed .

   ( ) Proposed findings of fact and conclusions of law entered   by the Honorable  .
       ( ) Objections filed  .

   ( ) Report and recommendation entered   by the Honorable .

       ( ) Objections filed  .

   ( ) Original record transferred to the District Court pursuant to the order of the Honorable .

   ( ) Other:

Kindly acknowledge receipt on the copy of the letter provided.

                                    For the Court

                                    Timothy B. McGrath
                                    Clerk

                                    By: _s/  Denise Lavariere____
                                    Deputy Clerk

_____

Received Above material or record tile this _____ day of _____, 20    .

Civil Action No. _____        Signature:_____

Miscellaneous No. _____       Date: _____

Assigned to Judge _____                                   BFL5.frm(rev 2/15)

EFCOA.ELC

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | |
| | | Chapter 13 |
| Amor Alloui | : | |
| | : | Bankruptcy No. 18-16541 - amc |
| | : | Adversary No. |
| | : | Civil No. 5:19-cv-2640 |

### CERTIFICATE OF APPEAL FROM ORDER OF
### THE BANKRUPTCY JUDGE DATED MAY 30, 2019
### ENTERED ON THE DOCKET MAY 31, 2019

      I, Timothy B. McGrath, Clerk of the U.S. Bankruptcy Court, Eastern District of Pennsylvania, herewith electronically transmit the record on appeal filed June 13, 2019 and certify that the above proceeding was properly before the Honorable Richard E. Fehling, Bankruptcy Judge.
*This case has been reassigned to the Honorable Ashely M. Chan
as of May 22, 2019*

For the Court

Timothy B. McGrath
Clerk

By: s/ Denise Lavariere
Deputy Clerk

**Counsel of Record**

Amor Alloui
44 Arlington St.
Reading, PA 19611
*Pro Se Debtor/Appellant*

Rebecca Ann Solarz, Esq.
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
*Counsel for Creditor/Appelle* Pennsylvania Housing Finance Agency

Scott Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
*Chapter 13 Trustee*

Rolando Ramos-Cardona
Office of Scott F. Waterman, Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606-4010
*Counsel for Chapter 13 Trustee*

Dave P. Adams
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
*Counsel for U.S. Trustee*