UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
THE MADISON
400 WASHINGTON STREET, SUITE 300
READING, PA 19601

Timothy B. McGrath  
Clerk

Telephone  
610-208-5040

July 10, 2019

Re: Amor Alloui  
Bankruptcy No.: 18-16541  
Civil Action No: 5:19-cv-2640

Dear Ms. Barkman, Clerk of Court

We herewith transmit the following document(s) filed in the above matter(s), together with a certified copy of the docket entries:

( ) Certificate of appeal  
    Notice of appeal filing fee ( )paid ( )not paid

(XX) Designation of Record on Appeal Filed **Transcript of Hrg on 5/30/19 not part of court record**  
    **See Pro Se Motion for Permission to Appeal IFP dated 6/13/19**

( ) Designation of Record on Appeal Not Filed

( ) Supplemental certificate of appeal.

( ) Motion for leave to appeal filed .  
    ( ) Answer to motion filed .

( ) Proposed findings of fact and conclusions of law entered by the Honorable .  
    ( ) Objections filed .

( ) Report and recommendation entered by the Honorable .

    ( ) Objections filed .

( ) Original record transferred to the District Court pursuant to the order of the Honorable .

( ) Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath  
Clerk

By: s/ Denise Lavariere  
Deputy Clerk

---

Received Above material or record tile this 15th day of JULY, 20

Civil Action No. 19 CV 2640  Signature: [signature]

Miscellaneous No. _____  Date: 07/15/2019

Assigned to Judge LEESON

BFL5.frm(rev 2/15)