UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          :

AMOR  ALLOUI

                                          : Bankruptcy No. 18-16541REF
         Debtor(s)           : Chapter 13

### Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

BY THE COURT

_____
Ashely M. Chan, B. J.

Date: 9/19/19

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

PRO SE DEBTOR(S)
See Debtor Label

-

AMOR  ALLOUI
44 ARLINGTON ST
READING, PA 19611