UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: AMOR ALLOUI<br>Appellant. | :<br>:<br>: No. 19-cv-2640<br>:<br>: |

# **O R D E R**

**AND NOW,** on this 8th day of October, 2019, upon consideration of (1) the Certificate of Appeal from an Order of the Bankruptcy Court filed on June 13, 2019 , ECF No. 1; (2) the Order dated July 15, 2019, setting forth the schedule for the filing of briefs and directing that Appellant's brief be filed within 30 days of entry of the record on appeal, which was filed on July 15, 2019; (3) the Order dated August 21, 2019, directing that the Appellant's brief be filed within 30 days, or by September 30, 2019, and advising that if he fails to abide by this directive "his appeal may be dismissed for lack of prosecution"; and (4) the Appellant's failure to take any action to date in response to the Court's two directives; **IT IS HEREBY ORDERED THAT:**

1. The appeal is **DISMISSED, with prejudice,** for Appellant's failure to prosecute his appeal, in accordance with the Opinion of this date.

2. The Clerk of the Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge