```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                              Case No. 18-16541-amc
Amor Alloui                                                         Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: dlv                 Page 1 of 1               Date Rcvd: Oct 18, 2019
                              Form ID: pdf900           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2019.
db         #+Amor Alloui,    44 Arlington St.,    Reading, PA 19611-1644

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 19 2019 03:53:10
        Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
        Oklahoma City, OK 73118-7901
        TOTAL: 1

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2019 at the address(es) listed below:
        REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
        bkgroup@kmllawgroup.com
        ROLANDO    RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
        ecfmail@readingch13.com, ecf_frpa@trustee13.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        TOTAL: 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

IN RE: AMOR ALLOUI  :
         Appellant.  :
                          :     No. 19-cv-2640
                          :
                          :
_____

**O R D E R**

      **AND NOW,** on this 8th day of October, 2019, upon consideration of (1) the Certificate of Appeal from an Order of the Bankruptcy Court filed on June 13, 2019, ECF No. 1; (2) the Order dated July 15, 2019, setting forth the schedule for the filing of briefs and directing that Appellant's brief be filed within 30 days of entry of the record on appeal, which was filed on July 15, 2019; (3) the Order dated August 21, 2019, directing that the Appellant's brief be filed within 30 days, or by September 30, 2019, and advising that if he fails to abide by this directive "his appeal may be dismissed for lack of prosecution"; and (4) the Appellant's failure to take any action to date in response to the Court's two directives; **IT IS HEREBY ORDERED THAT:**

    1.    The appeal is **DISMISSED, with prejudice,** for Appellant's failure to prosecute his appeal, in accordance with the Opinion of this date.

    2.    The Clerk of the Court is directed to **CLOSE** this case.

                                      BY THE COURT:

                                      */s/ Joseph F. Leeson, Jr.*
                                      JOSEPH F. LEESON, JR.
                                      United States District Judge