UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA   19106-1797

Kate Barkman                                                                                           Clerk's Office
Clerk of Court                                                                                         215-597-7704

11/13/2019

Timothy McGrath
Clerk
U.S. Bankruptcy Court
900 Market Street
Suite 400
Philadelphia,  PA   19107-4299

                RE:     Amor Alloui
                      CA No.   19-cv-2640
                      Bky. No. 18-15641

Dear Mr. McGrath:

    Enclosed herewith is an electronic copy of the Order remanding and/or returning your record, which was filed in this office on 10/8/19.

    Kindly acknowledge receipt on the copy of letter provided.

                                                            Sincerely,

                                                            Kate Barkman
                                                            Clerk of Court


                                                            By:___/s/Evelyn Renner
                                                            Evelyn Renner, Deputy Clerk

                        13th             November 2019
Received above record this       day of      ,.

                                                          **Denise Lavariere**
                                                                (Signature)

bankrec.frm